IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| SANDRA THOMASON, on behalf of herself and all other similarly situated, | ) ) ) | Civil Action No.: 4:15-cv-3161-RBH |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| FGX INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) ) ) | |

Currently pending before the Court is the parties' Joint Motion to Appoint Magistrate Judge as Mediator of Parties' Dispute and to Extend Mediation-Related Deadlines and Memorandum in Support [ECF #29]. For the following reasons, the Court denies this motion in part.

On September 29, 2015, Defendant filed a Motion to Dismiss, Strike Class and Collective Action Claims, and Compel Individual Arbitration. [ECF #8]. Plaintiff filed a response, and on May 9, 2016, this Court heard oral argument from both parties regarding this outstanding motion. At the hearing, this Court ordered the parties to complete mediation within forty-five (45) days of the hearing date, which is Thursday, June 23, 2016. [ECF #24]. The parties now seek for this Court to appoint a federal magistrate judge to mediate this case and provide additional time for the parties to complete mediation. This Court does not find that this case necessitates the appointment of a magistrate judge to mediate the relatively straightforward issues involving the arbitration agreement. Accordingly, this Court declines to appoint a magistrate judge to mediate this case.

1

In light of the request by both parties for additional time to mediate the case, this Court orders additional time up through and including July 30, 2016 for the parties to complete mediation.

IT IS THEREFORE ORDERED that the joint motion to appoint magistrate judge of parties' dispute and to extend mediation-related deadlines [ECF #29] is **DENIED in part**. This Court will not refer this matter to a magistrate judge, however the Court will allow the parties through July 30, 2016, to complete mediation and apprise the Court of the status of this case.

**IT IS SO ORDERED.**

Florence, South Carolina                                     s/ R. Bryan Harwell
June 13, 2016                                                R. Bryan Harwell
                                                            United States District Judge

2